**Civil Case No.:** 04-770-JO  **Date of Proceeding:** 6/28/05

**Case Title:** Bellairs v. Beaverton School District, et al.

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

Defendants' motion (#26) for summary judgment is under advisement as of 7/29/05.

**PLAINTIFF'S COUNSEL**   **DEFENDANT'S COUNSEL**

cc:  { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**   **Honorable Robert E. Jones**
**Revised 4/23/91**